```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

        - v. -                  :

BRIJESH GOEL,                   :

              Defendant.        :

- - - - - - - - - - - - - - - - x
```

**JUDGE CASTEL**

ORDER

22 Cr. 396 ( )

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Joshua A. Naftalis;

It is found that the above-captioned Indictment, 22 Cr. 396, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed on **July 25, 2022 at 9:30 a.m.**;

It is therefore ORDERED that the Indictment, 22 Cr. 396, in the above-captioned action be unsealed on **July 25, 2022 at 9:30 a.m.**, and upon unsealing, shall remain unsealed pending further order of the Court.

IT IS FURTHER ORDERED that the above-captioned Indictment be assigned to a District Court Judge upon its unsealing.

Dated: New York, New York
       July 22, 2022

_____
THE HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE