UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                              22-cr-396 (PKC)

     -against-                    ORDER

BRIJESH GOEL,

              Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The conference scheduled for October 26, 2022, is adjourned to November 3, 2022, at 3 p.m.

       SO ORDERED.

                                       P. Kevin Castel
                                 United States District Judge

Dated: New York, New York
       October 24, 2022