# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

October 27, 2022

VIA ECF

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Brijesh Goel*, **No. 22-CR-396-PKC**

Dear Judge Castel:

There is a status conference in this matter scheduled for next week on Thursday, November 3rd at 3:00 p.m. ECF No. 18. Because of a scheduling conflict for one of defendant's counsel, defendant requests, with the consent of the government, that the conference be rescheduled for the prior day. Counsel for both parties have conferred and are available Wednesday, November 2nd after 2:00 p.m.

If the Court is not available on November 2nd, the government is prepared to proceed on November 3rd, as scheduled. If the Court is not available on November 2nd, defendant requests a date on or after November 11th as defendant's counsel is out of the country from November 5th through 10th.

Respectfully submitted,

/s Reed Brodsky

REED BRODSKY
Gibson, Dunn & Crutcher, LLP
Office: 212-351-5334
Mobile: 917-574-8200
rbrodsky@gibsondunn.com

ADAM C. FORD
Ford O'Brien Landy LLP
Office: 212-858-0040
Mobile: 646-479-3810
aford@fordobrien.com

*Attorneys for Brijesh Goel*

cc: All Counsel of Record (via ECF)