**FORD**
**O'BRIEN**
**LANDY** LLP

January 6, 2023

VIA ECF

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Brijesh Goel, No. 22-CR-396-PKC*

Dear Judge Castel:

We write to respectfully request, on consent of the government, a six day adjournment of the currently scheduled deadlines for motions, oppositions, and replies. The next scheduled conference before the Court is the pretrial conference scheduled for May 25, 2023.

We are requesting an adjournment because the current deadlines for motions (January 14), oppositions (January 28) and replies (February 4) land on weekend days, and because there are ongoing discussions between the parties in an attempt to reduce the matters that may come before the Court. As such, we respectfully request Your Honor's consideration of the following dates:

- Motions: Friday, January 20, 2023
- Oppositions: Friday, February 3, 2023
- Replies: Friday, February 10, 2023

No adjournment or extensions regarding the briefing schedule have been sought previously.

We thank the Court for its time and consideration.

*Revised schedule approved.*
*SO ORDERED*
*/s/ [signature]*
*USDJ*
*1-6-23*

Respectfully submitted,

*/s Adam C. Ford*
ADAM C. FORD
Ford O'Brien Landy LLP
Office: 212-858-0040
Mobile: 646-479-3810
aford@fordobrien.com

*Attorney for Brijesh Goel*

cc: All Counsel of Record (via ECF)