

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 16, 2023

VIA CM/ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Brijesh Goel
                 22 Cr. 396 (PKC)

Dear Judge Castel:

      On January 9, 2023, the Court granted the Government's request to have until January 16, 2023 to oppose the defendant Brijesh Goel's motion seeking various relief concerning the Government's issuance of Rule 17(c) subpoenas prior to the Court setting a trial date.  When the Government suggested that briefing schedule, it did not realize that January 16 was a federal holiday.  The Government thus requests that its time to file its opposition be extended by one day, to January 17, 2023.  The Government appreciates the Court's consideration.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

                      By:   /s/
                            Joshua A. Naftalis
                            Samuel P. Rothschild
                            Assistant United States Attorneys
                            (212) 637-2310/2504

cc:    Defense counsel (via CM/ECF)