**FORD O'BRIEN LANDY** LLP

January 19, 2023

VIA CM/ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States of America v. Brijesh Goel*, No. 1:22-cr-00396-PKC

Dear Judge Castel:

I write in regards to the Government's opposition to Brijesh Goel's Motion Seeking Relief for Government's Violation of Rule 17, filed on January 17, 2023. *See* ECF No. 35. Given the Defendant's upcoming motions deadline on January 20, 2023, we respectfully request permission to file a reply to the Government's opposition no later than January 27, 2023. Defendant has consulted the Government, and the Government consents to this request.

Respectfully submitted,

/s/ *Adam C. Ford*
ADAM C. FORD
FORD O'BRIEN LANDY LLP
Office: 212-858-0040
Mobile: 646-479-3810
aford@fordobrien.com
*Attorney for Brijesh Goel*

Application GRANTED
SO ORDERED
USDJ
1-19-23

cc:  All Counsel of Record (via ECF)