

**FORD**
**O'BRIEN**
**LANDY** LLP

February 10, 2023

VIA ECF AND EMAIL

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Brijesh Goel*, **No. 22-CR-396-PKC**

Dear Judge Castel:

    We write on behalf of Defendant Brijesh Goel in the above-captioned case to respectfully request permission to redact portions of Mr. Goel's Reply Memorandum of Law in Support of his Omnibus Pre-Trial Motions. The portions of the brief that Mr. Goel seeks to file with redactions reflect information designated by the Government as Highly Confidential, as defined by Paragraph 7 of the Protective Order. ECF No. 9 at ¶ 7. The Declaration and exhibits filed in support of Mr. Goel's Reply will be filed publicly, without redactions.

    As with our opening papers, we are providing Your Honor's Chambers and the Government unredacted copies of this letter and the Reply Memorandum of Law in Support of Mr. Goel's Omnibus Pre-Trial Motions.

    We thank the Court for its consideration.

Application Granted.

So Ordered: _____
              Hon. P. Kevin Castel, U.S.D.J.
              2-13-23

Respectfully submitted,

*/s/ Adam C. Ford*
ADAM C. FORD
Ford O'Brien Landy LLP
275 Madison Avenue, Floor 24
New York, NY 10016
Office: 212.858.0040
aford@fordobrien.com

*Attorney for Defendant Brijesh Goel*

cc: All Counsel of Record (via ECF and Email)