**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2023

VIA CM/ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    United States v. Brijesh Goel
                22 Cr. 396 (PKC)

Dear Judge Castel:

        On March 15, 2023, the Government filed motions to quash two Rule 17(c) subpoenas, one to Akshay Niranjan and one to Barclays. The parties have agreed to the following briefing schedule for the Court's consideration:

- The defendant's opposition to be filed by April 10, 2023.
- The Government's reply to be filed by April 20, 2023.

*Schedule approved*
*SO ORDERED*
*[signature]*
*USDJ*
*3-30-23*

        The parties have also met and conferred regarding Request No. 8 in the Barclays subpoena. The defendant has agreed to narrow this request, and the Government does not object to the request as narrowed.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                      By:   /s/
                              Joshua A. Naftalis
                              Samuel P. Rothschild
                              Assistant United States Attorneys
                              (212) 637-2310/2504

cc:     Defense counsel (via CM/ECF)