UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                               22-cr-396 (PKC)

      -against-

                                                               ORDER

BRIJESH GOEL,

                    Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        A pretrial conference is set for April 27, 2023, at 2:00 p.m. in Courtroom 11D.


        SO ORDERED.

                                                               P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
         April 6, 2023