

April 13, 2023

**VIA ECF AND EMAIL**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Brijesh Goel*, No. 22-CR-396-PKC

Dear Judge Castel:

      I write to apologize to the Court. It is my fault that we did not respond to the Government's April 7 letter requesting a pretrial schedule before this Court's order. I told my co-counsel and our client that I would submit our opposition. I was in Fiji at the time, in advance of an oral argument before the Fiji Supreme Court on Tuesday, April 11. I had planned to make the submission, but I mismanaged my schedule. I am so sorry for my mistake in not submitting our opposition earlier. I thank you for the opportunity to address the Court regarding this matter at the April 27 conference. I ask you not to visit my mistake upon my client.

      Respectfully Submitted.

      */s/ Adam C. Ford*
      ADAM C. FORD
      Ford O'Brien Landy LLP
      275 Madison Avenue, Floor 24
      New York, New York 10016
      Office: 212.858.0040
      aford@fordobrien.com

      *Attorneys for Defendant Brijesh Goel*

cc: All Counsel of Record (via ECF and Email)