

MAY 20, 2023

VIA ECF AND EMAIL

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Brijesh Goel*, No. 22-CR-396-PKC

Dear Judge Castel:

      We write on behalf of Defendant Brijesh Goel in the above-captioned case to respectfully request permission to file under seal a letter requesting relief relating to Akshay Niranjan's psychiatric records and an accompanying affidavit of an expert, Robert Cohen. Both the filing and the accompanying affidavit reference information designated by the Government as Highly Confidential, as defined by Paragraph 7 of the Protective Order. ECF No. 9 at ¶ 7.

      We are providing Your Honor's Chambers and the Government unredacted copies of this letter, the letter requesting relief, and the accompanying affidavit.

      We thank the Court for its consideration.

      Respectfully submitted,

      */s/ Adam C. Ford*
      ADAM C. FORD
      Ford O'Brien Landy LLP
      275 Madison Avenue, Floor 24
      New York, NY 10016
      Office: 212.858.0040
      aford@fordobrien.com

      REED BRODSKY
      Gibson, Dunn & Crutcher, LLP
      200 Park Avenue
      New York, NY 10016
      Office:  212.351.5334
      rbrodsky@gibsondunn.com

      *Attorneys for Defendant Brijesh Goel*



cc: All Counsel of Record (via ECF and Email)

Joshua Naftalis
Samuel Rothschild
Andrew Thomas
Assistant United States Attorneys
One Saint Andrews Plaza
U.S. Attorney's Office for the Southern District of New York
New York, New York 10007