UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                   22-cr-396 (PKC)

          -against-

                                                                    ORDER

BRIJESH GOEL,

                         Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        The final pretrial conference scheduled for May 25, 2023, is adjourned to May 26, 2023, at 4:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                                     P. Kevin Castel
                                                         United States District Judge

Dated: New York, New York
       May 22, 2023