

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2023

BY ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Brijesh Goel
               22 Cr. 396 (PKC)

Dear Judge Castel:

      The Government respectfully submits this letter to request a one-day adjournment of the deadlines for the Government's exhibit list, the defense's Rule 26.2 material, and the defense's witness list, from May 29, 2023, which is Memorial Day, to May 30, 2023. The defense, through Adam Ford, Esq., consents to that request.

                                  Respectfully submitted,

                                    DAMIAN WILLIAMS
                                    United States Attorney

                        By:   /s/                        
                                Joshua A. Naftalis
                                Samuel P. Rothschild
                                Andrew Thomas
                                Assistant United States Attorneys
                                (212) 637-2310/2504/2106

cc:    Defense Counsel (by ECF)