

June 4, 2023

<u>VIA ECF</u>

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Brijesh Goel*, No. 22-CR-396-PKC

Dear Judge Castel:

      With the consent of the Government, we respectfully request a 1-day extension to submit "a list of exhibits that the defense reasonabl[y] expects to introduce during trial for non-impeachment purposes, subject to good faith revision as the defense continues to prepare for trial."  The current deadline is June 5, and we would like to submit it on June 6.

      Respectfully Submitted.

      <u>*/s/ Adam C. Ford*_____</u>
      ADAM C. FORD
      Ford O'Brien Landy LLP
      275 Madison Avenue, Floor 24
      New York, New York 10016
      Office: 212.858.0040
      aford@fordobrien.com

      REED BRODSKY
      Gibson, Dunn & Crutcher, LLP
      200 Park Avenue
      New York, NY 10016
      Office:  212.351.5334
      rbrodsky@gibsondunn.com

      *Attorneys for Defendant Brijesh Goel*

cc: All Counsel of Record (via ECF and Email)

Joshua Naftalis
Samuel Rothschild
Andrew Thomas
Assistant United States Attorneys
One Saint Andrews Plaza
U.S. Attorney's Office for the Southern District of New York
New York, New York 10007

ADAM C. FORD    |    NEW YORK • AUSTIN • MIAMI    |    P: 212.858.0040    |    fordobrien.com