

June 4, 2023

<u>VIA ECF</u>

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED.
SO ORDERED.
Dated: 06/05/2023

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:   *United States v. Brijesh Goel*, No. 22-CR-396-PKC

Dear Judge Castel:

      With the consent of the Government, we respectfully request a 1-day extension to submit "a list of exhibits that the defense reasonabl[y] expects to introduce during trial for non-impeachment purposes, subject to good faith revision as the defense continues to prepare for trial." The current deadline is June 5, and we would like to submit it on June 6.

      Respectfully Submitted.

*/s/ Adam C. Ford*
ADAM C. FORD
Ford O'Brien Landy LLP
275 Madison Avenue, Floor 24
New York, New York 10016
Office: 212.858.0040
aford@fordobrien.com

REED BRODSKY
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10016
Office: 212.351.5334
rbrodsky@gibsondunn.com

*Attorneys for Defendant Brijesh Goel*

cc: All Counsel of Record (via ECF and Email)

Joshua Naftalis
Samuel Rothschild
Andrew Thomas
Assistant United States Attorneys
One Saint Andrews Plaza
U.S. Attorney's Office for the Southern District of New York
New York, New York 10007