

JUNE 15, 2023

VIA E-MAIL

Honorable Kevin P. Castel
United States District Court Judge
United States Courthouse
Daniel Patrick Moynihan
500 Pearl St.
New York, NY 10007-1312

*Re:*     *United States v. Brijesh Goel, No. 22-CR-396-PKC*

Dear Judge Castel:

On behalf of Brijesh Goel, we write to inform the court that we have no objections to the Court's Exhibit 3.

Respectfully Submitted

*/s/ Adam C. Ford*
Adam C. Ford
Ford O'Brien Landy LLP
(212) 858-0040
aford@fordobrien.com

*Attorney for Brijesh Goel*

cc: All Counsel of Record (via ECF)