

June 15, 2023

<u>VIA E-MAIL</u>

Honorable Kevin P. Castel
United States District Court Judge
United States Courthouse
Daniel Patrick Moynihan
500 Pearl St.
New York, NY 10007-1312

*Re:*   *United States v. Brijesh Goel, No. 22-CR-396 PKC*

Dear Judge Castel:

    We have reviewed the Government's June 15, 2023, letter relating to the Court's draft jury instructions. We have no objections.

    Respectfully Submitted,

*/s/ Adam C. Ford*
ADAM C. FORD
Ford O'Brien Landy LLP
(212) 858-0040
aford@fordobrien.com

*Attorney for Brijesh Goel*

cc: All Counsel of Record (Via ECF)