Court Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO:     Brijesh Goel

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the United States District Court for the Southern District of New York, 500 Pearl Street, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:     June 12, 2023                Appearance Time:   10:00 am
Appearance Place:    Courtroom 11D - Hon. P. Kevin Castel
to testify and give evidence in the following matter:
*United States* v. *Brijesh Goel*, 22 Cr. 396 (PKC)

and not to depart the Court without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

If, as, and when the defendant elects to testify, the Government requests production of the materials set forth in the attached rider.

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         June 10, 2023

*Damian Williams/JN*
DAMIAN WILLIAMS
*United States Attorney for the*
*Southern District of New York*

J.Naftalis/S.Rothschild/A.Thomas
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone:   212-637-2310
joshua.naftalis@usdoj.gov



rev. 02.01.12

Rider

For the time period January 1, 2017 through the present (unless otherwise noted), please produce all documents, communications, recordings, and objects in your possession, custody, or control relating to:

1. Akshay Niranjan, including communications that were deleted.

2. The transfer or loan of money to Penal Desai between August 1, 2021 and the present.

3. The allegations of insider trading and obstruction of justice contained in Indictment 22 Cr. 396 (PKC).

4. Communications with, or pertaining to, any of the individuals for whom the Government has produced material pursuant to 18 U.S.C. § 3500 in connection with the trial in this case, which is scheduled to begin on June 12, 2023.

5. Communications between you and any other individual (aside from your counsel or individuals working for your counsel) relating to your trial in this case, which is scheduled to begin on June 12, 2023.