# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY  10166-0193
Tel 212.351.4000
gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

June 17, 2023

VIA E-MAIL AND ECF

Honorable Kevin P. Castel
United States District Court Judge
United States Courthouse
Daniel Patrick Moynihan
500 Pearl St.
New York, NY 10007-1312

Dear Judge Castel:

On behalf of Brijesh Goel, we submit this letter response to the Government's June 17, 2023 letter asking the Court to order production in response to the Rule 17(c) "if, as, and when" subpoena. We are in the process of preparing the production. We expect to produce them within approximately two hours.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

*Reed Brodsky*
Reed Brodsky

FORD O'BRIEN LANDY LLP

Adam Ford
Anjula Prasad


cc:
Joshua Naftalis
Samuel Rothschild
Andrew Thomas

Abu Dhabi · Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles
Munich · New York · Orange County · Palo Alto · Paris · San Francisco · Singapore · Washington, D.C.