UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.   22 CR. 396 (PKC)

BRIJESH GOEL,
                Defendant.

RECEIVED JAN 28 2025 S.D.N.Y.

## MOTION FOR RETURN OF PROPERTY

The defendant, Brijesh Goel, pro se, respectfully moves this Court for return of his passport, pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, for the reasons set forth below:

1. At the time of his arrest in this case, federal authorities seized the defendant's passport.

2. The prosecution of the defendant has ended in this case and the government has no further use for

—1—

the defendant's passport.

3. The defendant's federal prison term is set to expire in October of 2025, at which time he will be deported to India.

4. When the defendant is deported, authorities in India will not allow him to depart from the plane when it lands in India without a valid passport.

5. Pursuant to Rule 41(g), the defendant seeks an order from the Court directing the government to return his passport in the care of the Warden at the Federal Correctional Institution, Danbury, so that it will be immediately available to the defendant at the time of his anticipated deportation to India later this year. See United States v. Seabrook, 2021 U.S. Dist. LEXIS 47914 (S.D.N.Y. March 15, 2021) (granting motion

-2-

for return of property under Rule 41(g) where prosecution had ended and government had no further use for items seized from defendant at the time of his arrest).

WHEREFORE, the instant motion should be granted and an order should be issued directing the government to return the defendant's passport in the care of the Warden at F.C.I. Danbury so that it will be immediately available to the defendant when his sentence expires and he is deported to India.

Respectfully submitted

[signature]

BRIJESH GOEL, Pro se
Reg. No. 12600-510
33½ Pembroke Road
Danbury, CT 06811

Dated: January 20, 2025

# PROOF OF SERVICE

This is to certify that a copy of the foregoing Motion For Return of Property has been mailed to Samuel Rothschild, AUSA, 1 St. Andrews Plaza, NY, NY 10007, this 20th day of January, 2025, via First Class Mail.

Brijesh Goel



Mr. Brijesh Goel
Reg. No. 126 co-510
Federal Correctional Institution,
3 1/2 Pembroke Road
Danbury, CT 06811

Clerk, U.S. District
Southern District of NY
500 Pearl Street
NY, NY 10007