UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                    22 cr 396 (PKC)

               -against-                                            ORDER

BRIJESH GOEL,

                              Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

               Government shall respond to Docket Entry 135, Motion for Return of Property

by March 7, 2025.

               SO ORDERED.


Dated:  New York, New York
         February 5, 2025


                                                    _____
                                                              P. Kevin Castel
                                                       United States District Judge


Mailed to:
Brijesh Goel, #12600-510
FCI, Danbury
33 ½ Pembroke Road
Danbury, CT  06811