UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                        22-cr-396 (PKC)

       -against-                             ORDER

BRIJESH GOEL,

                       Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       For substantially the reasons in the government's letter (ECF 137), Goel's application for a return of his passport (ECF 135) is DENIED.

       SO ORDERED.

                                                  P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       March 14, 2025